MARC JOHN RANDAZZA
GENERAL COUNSEL – EXCELSIOR MEDIA
Telephone: (619) 866-5975
Facsimile: (619) 866-5976
marc@excelsiormedia.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC
d/b/a Excelsior Media

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 12 2009

, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE:<br><br>LIBERTY MEDIA HOLDINGS, LLC | DECLARATION OF MARC J. RANDAZZA, IN SUPPORT OF SUBPOENA TO HOSTGATOR LLC PURSUANT TO THE DMCA 17 U.S.C. §512(H) |

I, Marc John Randazza, declare as follows:

1. I serve as general counsel to Liberty Media Holdings, LLC and I am authorized to act on its behalf.

2. Liberty Media Holdings, LLC is the owner of copyrights for various

audiovisual works which have illegally and without authorization been distributed via the website found at http://www.BiNightBiGay, which was (is) hosted on the servers of HostGator, LLC.

3. I previously sent HostGator, LLC the Notice of Claimed Infringement attached hereto as Annex A.

4. The purpose of the accompanying proposed subpoena is solely to obtain the identity of the alleged infringers so that Liberty Media can protect its rights under Title 17 of the United States Code.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: AUGUST 4, 2009

Respectfully submitted,

MARC JOHN RANDAZZA,
Attorney for Plaintiff